UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW EDWARDS,<br><br>  Petitioner,<br><br>v.<br><br>SCOTT FRAUENHEIM,<br><br>  Respondent. | No. 1:17-cv-00904-DAD-JLT<br><br>ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY<br><br>(Doc. No. 10) |

On August 29, 2017, this court dismissed petitioner's habeas petition filed pursuant to 28 U.S.C. § 2254 for failure to state a claim, and declined to issue a certificate of appealability. (Doc. No. 7.) On September 25, 2017, petitioner filed with this court a motion requesting that the Ninth Circuit Court of Appeals grant him a certificate of appealability. (Doc. No. 10.) Since the motion is not directed to this court, it is denied without prejudice to petitioner re-filing a similar request with the Ninth Circuit Court of Appeals.

IT IS SO ORDERED.

  Dated: **October 13, 2017**

 UNITED STATES DISTRICT JUDGE

1